Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-033-885

**Effective date of registration:**

August 2, 2010

## Title

**Title of Work:** Spring 2011

**Contents Titles:** Tee and Ad

Saratoga Springs Map

#Q69 Optical Confusion Sweater

#Q70 Zig Zag Sweater

#Q95 Poke Me Argyle

#Q96 Stripe Me Argyle

#Q99 Argyle on my sleeve

#R03 Mini Me Argyle

#R06 Pretty Pointelle Stripe

#R07 Itty Bitty Gingham

#R08 Exploded Gingham

#R13 Exploded Placed Zinny

#R12 Feathered Friend

#L57 Flutterly Embr Patch

#P87 Glady Gingham

#Q03 Peel and Eat

#Q59 Oh Poodles Embroidery

#Q61 Icing on the Cake

#Q84 Day Dreamer Jacquard

#Q85 Wrap Me In Flowers

#Q98 Round and Round We Go Embroidery

#R04 Single Lady Embroidery

#R09 Holy Honey Eyelet

#R10 Peek a Boo Eyelet Border

#R11 Papillon Lace

#R20 Having A Ball

#S52 So Dahling Embroidery

#R37 Double or Nothing Eyelet

#R57 Loop de Loop Embroidery

#R66 Sequin Fandango

#Q26 Silly Dilly Embroidery

#Q27 Stay in Your Lane

#Q28 Stay in You Lane Embroidery

#Q29 Multi Rollin (Patch)

#Q82 Pretty Plaid

#R02 Gotcha Daffodil Jcqd

#R23 Drinks Embroidery

#R22 Pals Embroidery

#R26 Do the Wave

#R45 Little Laney

#R51 Polka Dot

#S22 Gotcha Daffodil Back

#S53 Dahling Blooms Embroidery

#115 Lawn Ornaments

#P90 Paint By Numbers

#P91 Op or Pop

#P92 Flying High

#P93 Daisy and Confused

#P94 Optical Confusion

#P96 Pop Goes the Floral

#P97 Out There

#Q37 Daisy Darling

#Q65 Optical Confusion Stripe

#Q97 Poppy Goes the Floral

#S57 Floral Frenzy

#P88 Whats Your Angle Tattersal

#P99 Paint my Petals

#Q01 First Impression

#Q02 Small First Impression

#Q04 Painters Palette

#Q03 Peel and Eat

#Q05 Lilet

#Q06 Little Lilet

#Q07 Dashing



#Q08 It Can Be Arranged
#Q09 Geranged
#Q10 Ive Been Framed
#Q11 Portrait of a Picnic
#Q63 Let Them Eat Cake
#Q66 Floral Trellis
#Q81 Wrapping Stripe
#S10 Hot to Trot
#R35 Kamikaze
#R36 Fan Dance
#R49 Curiso
#R56 Swizzle Stripe
#R50 Moheatoh
#N04 Snapper
#Q15 Shes Daffy
#Q16 Daffies
#Q17 Painters Block
#Q18 Pressed
#Q19 Minnie Zinny
#Q20 Even Minnier Zinny
#Q25 What Gator
#Q27 Stay In Your Lane
#Q58 Stamped
#Q62 Dancing Daffodils
#R26 Do The Wave
#R44 Zinny
#R45 Little Laney
#R46 Sassy Grassy
#R51 Polka Dot
#R58 Zinpose
#R59 Zanny Zinnia
#P03 Oscar and Chloe
#P09 Kissue
#P14 Mini Calendar Girl
#Q31 Look Lady
#Q32 Big Squeeze
#Q37 Daisy Darling
#Q43 Look Little Lady
#Q57 Elephants Love Art

#Q07 Dashing

#Q42 Painters Palette

#Q67 Coll Spectrum

#Q68 Warm Spectrum

## Completion/Publication

**Year of Completion:** 2010

## Author

☐      **Author:** Sugartown Worldwide, Inc., dba Lilly Pulitzer

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide, Inc.

800 Third Ave, King of Prussia, PA, 19406

## Certification

**Name:** Kate Kenny

**Date:** August 2, 2010

**Correspondence:** Yes


*0000VAU0010338650302*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-103-843

**Effective date of registration:**

May 9, 2012

---

## Title

**Title of Work:** Fall 2012 VV4 Tusk In Sun

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Sugartown Worldwide LLC
- **Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** May 9, 2012

**Applicant's Tracking Number:** VV4 Tusk In Sun

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-134-491

**Effective date of registration:**

May 15, 2013

## Title

**Title of Work:** Resort 2013 EJ8 Lulu

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Sugartown Worldwide LLC
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline
**Date:** May 15, 2013
**Applicant's Tracking Number:** EJ8 Lulu

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-103-576

**Effective date of
registration:**

May 7, 2012

---

## Title

**Title of Work:** Resort 2012 AR3 Crown Jewels

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worlwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Avenue, King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

**Address:** 800 Third Ave

King of Prussia, PA 19406

## Certification

**Name:** Kristen Cline

**Date:** May 7, 2012

**Applicant's Tracking Number:** AR3 Crown Jewels

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-134-623

**Effective date of registration:**

May 15, 2013

## Title

**Title of Work:** Resort 2013 EK2 Feelin' Groovy

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** May 15, 2013

**Applicant's Tracking Number:** EK2 Feelin' Groovy

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VAu 1-118-082

**Effective date of
registration:**

November 21, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Summer 2013 DA8 Let's Cha Cha Mini |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |

## Author

| | |
|---|---|
| **Author:** | Sugartown Worldwide LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sugartown Worldwide LLC |
| | 800 Third Ave., King of Prussia, PA, 19406, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Sugartown Worldwide LLC |
| **Name:** | Kristen Cline |
| **Email:** | kcline@lillypulitzer.com |

## Certification

| | |
|---|---|
| **Name:** | Kristen Cline |
| **Date:** | November 21, 2012 |
| **Applicant's Tracking Number:** | DA8 Let's Cha Cha Mini |



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VAu001201484
Search Results: Displaying 1 of 1 entries



**Labeled View**

## *2015 Resort Fall KS9 Toucan Play.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001201484 / 2015-02-13 |
| **Application Title:** | 2015 Resort Fall KS9 Toucan Play. |
| **Title:** | 2015 Resort Fall KS9 Toucan Play. |
| **Description:** | electronic file ( e service) |
| **Copyright Claimant:** | Sugartown Worldwide LLC. Address: 800 Third Ave., King of Prussia, PA, 19406, United States. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | Sugartown Worldwide LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Kristen Cline, Sugartown Worldwide LLC, kcline@lillypulitzer.com |
| **Names:** | Sugartown Worldwide LLC |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format Full Record ▼ Format for Print/Save |
| Enter your email address: [ ] Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-212-013

**Effective Date of Registration:**
May 12, 2015

## Title

**Title of Work:**  2015 Resort LF9 Oh Shello

## Completion/Publication

**Year of Completion:**  2014

## Author

- **Author:**  Sugartown Worldwide LLC
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:**  Sugartown Worldwide LLC
**Name:**  Kristen Cline
**Email:**  kcline@lillypulitzer.com

## Certification

**Name:**  Kristen Cline
**Date:**  May 12, 2015
**Applicant's Tracking Number:**  LF9 Oh Shello

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-125-283

**Effective date of
registration:**

February 13, 2013

---

## Title

**Title of Work:** Fall 2013 DS6 Hearts a Flutter

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** February 13, 2013

**Applicant's Tracking Number:** DS6 Hearts a Flutter

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-118-290

**Effective date of
registration:**

November 21, 2012

## Title

**Title of Work:** Summer 2013 DQ7 She's a Firecracker

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** November 21, 2012

**Applicant's Tracking Number:** DQ7 She's a Firecracker

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-142-080

**Effective date of registration:**

August 15, 2013

## Title

**Title of Work:** Spring 2014 FE1 The Sea Soiree

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** August 15, 2013

**Applicant's Tracking Number:** FE1 The Sea Soiree

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-153-371

**Effective date of registration:**

November 27, 2013

## Title

**Title of Work:** Summer 2014 GS1 Lobstah Roll

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** November 27, 2013

**Applicant's Tracking Number:** GS1 Lobstah Roll

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-153-389

**Effective date of
registration:**

November 26, 2013

## Title

**Title of Work:** Summer 2014 GK6 She She Shells

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Sugartown Worldwide LLC
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** November 26, 2013

**Applicant's Tracking Number:** GK6 She She Shells

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-103-512**

**Effective date of registration:**

May 9, 2012

---

## Title

**Title of Work:** Fall 2012 AAA Wild Confetti

## Completion/ Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave, King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

**Address:** 800 Third Ave

King of Prussia, PA 19406

## Certification

**Name:** Kristen Cline

**Date:** May 9, 2012

**Applicant's Tracking Number:** AAA Wild Confetti

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-103-494**

**Effective date of
registration:**

May 9, 2012

---

## Title

**Title of Work:** Fall 2012 SS6 Wild Confetti

## Completion/ Publication

**Year of Completion:** 2012

## Author

**■ Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** May 9, 2012

**Applicant's Tracking Number:** SS6 Wild Confetti

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-291-278**

**Effective Date of Registration:**
August 28, 2017

## Title
_____

Title of Work: 2018 Spring Final XP8 Catch the Wave

## Completion/Publication
_____

Year of Completion: 2017

## Author
_____

- Author: Sugartown Worldwide LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions
_____

Organization Name: Sugartown Worldwide LLC
Name: Brynn Lee Bechtold
Email: bbechtold@lillypulitzer.com

## Certification
_____

Name: Sandra Gilbert
Date: August 28, 2017
Applicant's Tracking Number: XP8 Catch the Wave

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VAu 1-090-664

**Effective date of
registration:**

November 29, 2011

---

## Title

**Title of Work:** Summer 2012 - Z14 You Gotta Regatta

## Completion/Publication

**Year of Completion:** 2011

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

**Address:** 800 Third Ave

King of Prussia, PA 19406

## Certification

**Name:** Kristen Cline

**Date:** November 29, 2011

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-134-649

**Effective date of
registration:**

May 15, 2013

---

## Title

**Title of Work:** Resort 2013 E16 Mai Tai

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** May 15, 2013

**Applicant's Tracking Number:** E16 Mai Tai

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-232-196

**Effective Date of Registration:**
August 13, 2015

## Title

**Title of Work:** 2016 Resort Fall GM8 Jellies Be Jammin

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Sugartown Worldwide LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline
**Date:** August 13, 2015
**Applicant's Tracking Number:** GM8 Jellies Be Jammin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-324-373

**Effective Date of Registration:**
June 28, 2018

## Title

**Title of Work:** 2019 Summer Initial Cracked Up

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Sugartown Worldwide LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Mary Margaret Heaton
**Email:** mheaton@oxfordinc.com
**Telephone:** (404)653-1461

## Certification

**Name:** Sandra Gilbert
**Date:** June 28, 2018
**Applicant's Tracking Number:** Cracked Up

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-111-221

**Effective date of registration:**

August 16, 2012

## Title

**Title of Work:** Spring 2013 BX1 Lucky Charms Blue Full Blossom

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** August 16, 2012

**Applicant's Tracking Number:** BX1 Lucky Charms

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-232-291

**Effective Date of Registration:**
August 13, 2015

## Title

      **Title of Work:**   2016 Resort Fall OG2 Exotic Garden

## Completion/Publication

      **Year of Completion:**   2015

## Author

      •    **Author:**   Sugartown Worldwide LLC
      **Author Created:**   2-D artwork
      **Work made for hire:**   Yes
      **Citizen of:**   United States
      **Domiciled in:**   United States

## Copyright Claimant

      **Copyright Claimant:**   Sugartown Worldwide LLC
          800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

      **Organization Name:**   Sugartown Worldwide LLC
      **Name:**   Kristen Cline
      **Email:**   kcline@lillypulitzer.com

## Certification

      **Name:**   Kristen Cline
      **Date:**   August 13, 2015
      **Applicant's Tracking Number:**   OG2 Exotic Garden

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-189-807

**Effective date of
registration:**

November 13, 2014

---

## Title

**Title of Work:** Summer 2015 KB6 Red Right Return

## Completion/Publication

**Year of Completion:** 2014

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** November 13, 2014

**Applicant's Tracking Number:** KB6 Red Right Return

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## VAu 1-271-341
**Effective Date of Registration:**
March 06, 2017

## Title _____

Title of Work: 2018 Spring Gumbo Limbo

## Completion/Publication _____

Year of Completion: 2016

## Author _____

- Author: Sugartown Worldwide LLC
- Author Created: 2-D artwork
- Work made for hire: Yes
- Citizen of: United States
- Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions _____

Organization Name: Sugartown Worldwide LLC
Name: Kristen Cline
Email: kcline@lillypulitzer.com

## Certification _____

Name: Kristen Cline
Date: March 06, 2017
Applicant's Tracking Number: Gumbo Limbo

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-200-718**
**Effective Date of Registration:**
March 11, 2015

## Title

**Title of Work:** 2016 Spring Initial MH3 Flamenco

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** Sugartown Worldwide LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline
**Date:** March 11, 2015
**Applicant's Tracking Number:** 2016 Spring MH3 Flamenco

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-200-364

**Effective Date of Registration:**
March 10, 2015

---

## Title

Title of Work: 2016 Spring Initial MD6 La Playa

## Completion/Publication

Year of Completion: 2014

## Author

- Author: Sugartown Worldwide LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

Organization Name: Sugartown Worldwide LLC
Name: Kristen Cline
Email: kcline@lillypulitzer.com

## Certification

Name: Kristen Cline
Date: March 10, 2015
Applicant's Tracking Number: 2016 Spring MD6 La Playa

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VAu 1-111-219

**Effective date of registration:**

August 16, 2012

## Title

**Title of Work:** Spring 2013 CB9 Ice Cream Social

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** August 16, 2012

**Applicant's Tracking Number:** CB9 Ice Cream Social

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-157-836

**Effective date of
registration:**

February 24, 2014

## Title

**Title of Work:** Fall 2014 HC2 Electric Feel

## Completion/Publication

**Year of Completion:** 2013

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** February 24, 2014

**Applicant's Tracking Number:** HC2 Electric Feel

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-219-943

**Effective Date of Registration:**
June 12, 2015

## Title

**Title of Work:** 2016 Summer NJ7 Lovers Coral

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Sugartown Worldwide LLC
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline
**Date:** June 12, 2015
**Applicant's Tracking Number:** NJ7 Lovers Coral

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-125-294

**Effective date of registration:**

February 26, 2013

## Title

**Title of Work:** Fall 2013 DY8 Bait and Switch

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** February 26, 2013

**Applicant's Tracking Number:** DY8 Bait and Switch

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VAu 1-189-684

**Effective date of
registration:**

November 13, 2014

## Title

Title of Work: Summer 2015 KD1 Casa Marina

## Completion/Publication

Year of Completion: 2014

## Author

Author: Sugartown Worldwide LLC

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

Organization Name: Sugartown Worldwide LLC

Name: Kristen Cline

Email: kcline@lillypulitzer.com

## Certification

Name: Kristen Cline

Date: November 13, 2014

Applicant's Tracking Number: KD1 Casa Marina

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-238-224

**Effective Date of Registration:**
March 01, 2016

## Title _____

**Title of Work:** Spring 2017 Initial RI3 Guilty Pleasure

## Completion/Publication _____

**Year of Completion:** 2016

## Author _____

| | |
|---|---|
| **Author:** | Sugartown Worldwide LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions _____

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification _____

**Name:** Kristen Cline
**Date:** March 01, 2016
**Applicant's Tracking Number:** RI3 Guilty Pleasure

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-201-471

**Effective Date of Registration:**
February 13, 2015

## Title

**Title of Work:** 2015 Resort Fall KT7 Private Island

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** Sugartown Worldwide LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline
**Date:** February 13, 2015
**Applicant's Tracking Number:** KT7 Private Island

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-308-176

**Effective Date of Registration:**
February 23, 2018

## Title

**Title of Work:**   2018 Fall Final BE1 Mermaid Cove Engineered Skipper Dress Border

## Completion/Publication

**Year of Completion:**   2017

## Author

- **Author:**   Sugartown Worldwide LLC
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:**   Sugartown Worldwide LLC
**Name:**   Mary Margaret Heaton
**Email:**   mheaton@oxfordinc.com
**Telephone:**   (404)653-1461

## Certification

**Name:**   Sandra Gilbert
**Date:**   February 23, 2018
**Applicant's Tracking Number:**   BE1MermaidCoveEngSkipperBorder

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-238-724

**Effective Date of Registration:**
February 18, 2016

---

## Title

**Title of Work:** 2016 Resort Fall OE9 Psychedelic Sunshine

## Completion/Publication

**Year of Completion:** 2015

## Author

**Author:** Sugartown Worldwide LLC
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sugartown Worldwide LLC
800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC
**Name:** Kristen Cline
**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline
**Date:** February 18, 2016
**Applicant's Tracking Number:** OE9 Psychedelic Sunshine

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-134-489

**Effective date of
registration:**

May 15, 2013

## Title

**Title of Work:** Resort 2013 FD8 Written in the Sun

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Sugartown Worldwide LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sugartown Worldwide LLC

800 Third Ave., King of Prussia, PA, 19406, United States

## Rights and Permissions

**Organization Name:** Sugartown Worldwide LLC

**Name:** Kristen Cline

**Email:** kcline@lillypulitzer.com

## Certification

**Name:** Kristen Cline

**Date:** May 15, 2013

**Applicant's Tracking Number:** FD8 Written in the Sun